A CERTIFIED TRUE COPY
DEC -5 2000
ATTEST
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

(3126)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
FILED
Nov. 17, 2000
MICHAEL J. BECK
CLERK OF THE PANEL

*DOCKET NO. 875*

D.MN C 0-2382 MJD/RLE

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)*

FILED DEC 7 2000

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-184)*

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 66,626 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC -5 2000
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 01/09/01
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Nov. 17, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

# SCHEDULE CTO—184 — TAG ALONG CASES
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT | DIV | CIVIL ACTION# |
|---|---|---|
| ARKANSAS WESTERN | | |
| ARW | 6 | 00-6059 |
| ARIZONA | | |
| AZ | 4 | 00-621 |
| ILLINOIS NORTHERN | | |
| ILN | 1 | 95-2998 |
| INDIANA SOUTHERN | | |
| INS | 1 | 00-1624 |
| INS | 4 | 00-206 |
| MARYLAND | | |
| MD | 1 | 93-3664 |
| MINNESOTA | | |
| MN | 0 | 00-2375 |
| MN | 0 | 00-2380 |
| MN | 0 | 00-2381 |
| MN | 0 | 00-2382 |
| MISSISSIPPI SOUTHERN | | |
| MSS | 1 | 86-1351 |
| ~~MSS~~ | ~~1~~ | ~~00-485~~ opposed 11-22-00 |
| ~~MSS~~ | ~~1~~ | ~~00-486~~ |
| NEW YORK SOUTHERN | | |
| NYS | 1 | 88-6907 |
| NYS | 1 | 89-4271 |
| NORTH CAROLINA MIDDLE | | |
| NCM | 1 | 99-1080 |
| NCM | 1 | 99-1087 |
| NCM | 1 | 00-54 |
| NCM | 1 | 00-1057 |
| NCM | 1 | 00-1058 |
| SOUTH CAROLINA | | |
| SC | 2 | 00-3292 |
| SC | 2 | 00-3293 |
| SC | 2 | 00-3396 |
| SC | 2 | 00-3397 |
| VIRGINIA EASTERN | | |
| VAE | 2 | 00-3892 |
| VAE | 2 | 00-3893 |
| VAE | 2 | 00-3894 |
| VAE | 2 | 00-3895 |
| VAE | 2 | 00-3896 |
| VAE | 2 | 00-3897 |
| VAE | 2 | 00-3898 |
| VAE | 2 | 00-3899 |
| VAE | 2 | 00-3900 |
| VAE | 2 | 00-3901 |
| VAE | 2 | 00-3902 |
| VAE | 2 | 00-3903 |
| VAE | 2 | 00-3904 |
| VAE | 2 | 00-3905 |
| VAE | 2 | 00-3906 |
| VAE | 2 | 00-3907 |
| VAE | 2 | 00-3908 |
| VAE | 2 | 00-3909 |
| VAE | 2 | 00-3910 |
| VAE | 2 | 00-3911 |
| VAE | 2 | 00-3912 |
| VAE | 2 | 00-3913 |
| VAE | 2 | 00-3914 |
| VAE | 2 | 00-3915 |
| VAE | 2 | 00-3916 |
| VAE | 2 | 00-3917 |
| VAE | 2 | 00-3918 |
| VAE | 2 | 00-3919 |
| VAE | 2 | 00-3920 |
| VAE | 2 | 00-3921 |
| VAE | 2 | 00-3922 |
| VAE | 2 | 00-3923 |
| VAE | 2 | 00-3924 |
| VAE | 2 | 00-3925 |
| VAE | 2 | 00-3926 |
| VAE | 2 | 00-3927 |
| VAE | 2 | 00-3928 |
| VAE | 2 | 00-3929 |
| VAE | 2 | 00-3930 |
| VAE | 2 | 00-3931 |
| VAE | 2 | 00-3932 |
| VAE | 2 | 00-3933 |
| VAE | 2 | 00-3934 |
| VAE | 2 | 00-3935 |
| VAE | 2 | 00-3936 |
| VAE | 2 | 00-3937 |
| VAE | 2 | 00-3938 |
| VAE | 2 | 00-3939 |
| VAE | 2 | 00-3940 |
| VAE | 2 | 00-3941 |
| VAE | 2 | 00-3942 |
| VAE | 2 | 00-3943 |
| VAE | 2 | 00-3944 |
| VAE | 2 | 00-3945 |
| VAE | 2 | 00-3946 |
| VAE | 2 | 00-3947 |
| VAE | 2 | 00-3948 |
| VAE | 2 | 00-3949 |
| VAE | 2 | 00-3950 |
| VAE | 2 | 00-3951 |
| VAE | 2 | 00-3952 |
| VAE | 2 | 00-3953 |
| VAE | 2 | 00-3954 |
| VAE | 2 | 00-3955 |
| VAE | 2 | 00-3956 |
| VAE | 2 | 00-3957 |
| VAE | 2 | 00-3958 |
| VAE | 2 | 00-3959 |
| VAE | 2 | 00-3960 |
| VAE | 2 | 00-3961 |
| VAE | 2 | 00-3962 |
| VAE | 2 | 00-3963 |
| VAE | 2 | 00-3964 |
| VAE | 2 | 00-3965 |
| VAE | 2 | 00-3966 |
| VAE | 2 | 00-3967 |
| VAE | 2 | 00-3968 |
| VAE | 2 | 00-3969 |
| VAE | 2 | 00-3970 |
| VAE | 2 | 00-3971 |
| VAE | 2 | 00-3972 |
| VAE | 2 | 00-3973 |
| VAE | 2 | 00-3974 |
| VAE | 2 | 00-3975 |
| VAE | 2 | 00-3976 |
| VAE | 2 | 00-3977 |
| VAE | 2 | 00-3978 |
| VAE | 2 | 00-3979 |
| VAE | 2 | 00-3980 |
| VAE | 2 | 00-3981 |
| VAE | 2 | 00-3982 |
| VAE | 2 | 00-3983 |
| VAE | 2 | 00-3984 |
| VAE | 2 | 00-3985 |
| VAE | 2 | 00-3986 |
| VAE | 2 | 00-3987 |
| VAE | 2 | 00-3988 |
| VAE | 2 | 00-3989 |
| VAE | 2 | 00-3990 |
| VAE | 2 | 00-3991 |
| VAE | 2 | 00-3992 |
| VAE | 2 | 00-3993 |
| VAE | 2 | 00-3994 |
| VAE | 2 | 00-3995 |
| VAE | 2 | 00-3996 |
| VAE | 2 | 00-3997 |
| VAE | 2 | 00-3998 |
| VAE | 2 | 00-3999 |
| VAE | 2 | 00-4000 |
| VAE | 2 | 00-4001 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
597-

RECEIVED BY MAIL
JAN 16 2001
CLERK US DIST. CT.
MINNEAPOLIS

January 9, 2001

U.S. DISTRICT COURT
DISTRICT OF MINNESOTA
**Attn: Cyndee Francis**
300 South 4th Street
Minneapolis, MN 55415

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875 (CTO-184) (Previously sent 12/07/00)
Cases listed on the Attached Schedule

00-2382 MJD/RLE

Dear Clerk:

The enclosed transfer order is being sent to you regarding these involved actions have been properly identified as multidistrict litigation asbestos cases. However, pursuant to the opinion and order of 7/29/91, 771 F.Supp. 415, our court is not accepting the original records and/or docket responsibility on the involved 93,000 actions.

**Please do not forward a certified docket or a certified copy of the transfer order to this District.**

Please continue to process the litigation in your court, per the opinion, pretrial and administrative orders. If you have any questions please contact me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Nicole Picariello

Nicole Picariello
MDL Coordinator

Enclosure