IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

DALE WESTERLUND,

Plaintiff,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware Corporation, Successor-in-Interest to The Great Northern Railroad Co. and DULUTH, MISSABE & IRON RANGE RAILWAY COMPANY, a corporation,

Defendants.

CIVIL ACTION NO. 00-2382 MJD/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE**

FILED
DEC 1_ 2002
MICHAEL E. KUNZ, Clerk
By_______ Dep. Clerk

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: Nov 22, 2002.

ROVEN, KAPLAN & WELLS, L.L.P.

By________________________
John D. Roven, Texas Bar No. 17327900
Admitted Pro Hac Vice
2190 North Loop West
Suite 410
Houston, TX 77018
(713) 465-8522

FILED JAN - 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-6-03
DEPUTY CLERK ___

Mark J. Fellman, # 28782
213 East Fourth Street
Suite 200
St. Paul, Minnesota 55101
(651) 225-5600

*Attorneys for Plaintiff*

Dated: 11/20, 2002.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant The Burlington Northern and Santa Fe Railway Company*

Dated: 12-9, 2002.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Mark A. Fredrickson, #210535
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8950

*Attorneys for Defendant Duluth, Missabe & Iron Range Railway*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 12/19/2002

BY THE COURT

~~MICHAEL J. DAVIS~~
JUDGE OF U.S. DISTRICT COURT
Charles R. Weiner

s:\westerlund, dale\pleadings\stipdis.doc\tw